AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GEORGE EVERTON MCDONALD<br><br>Defendant(s) | ) ) ) ) ) ) )  Case No.  11- 8113- CRJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 11, 2010__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 3144 | JUDITH MOODY, a/k/a Sandra Anderson and JESUS SAAVEDRA, conspired to commit the crime of smuggling aliens into the United States, In violation of Title 8, United States Code, Section 1324(a)(1)(A), and GEORGE EVERTON MCDONALD became material witnesses to said violation. It being Impractical to secure the presence of said witnesses by subpoena, the United States seeks to detain them as material witness. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

RICHARD CALENDA, SPECIAL AGENT, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: __4-18-11__

_____
Judge's signature

City and state: __WEST PALM BEACH, FLORIDA__   LINNEA R. JOHNSON, US MAGISTRATE JUDGE
Printed name and title

## **AFFIDAVIT**

I, Richard Calenda, a Special Agent (S/A) of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Office of the Resident Agent in Charge, West Palm Beach, Florida, being duly sworn, depose and state as follows:

### **INTRODUCTION AND AGENT BACKGROUND**

1.      I, Richard Calenda, am a Special Agent of the United States Immigration and Customs Enforcement and am currently assigned to the Office of the Resident Agent in Charge, West Palm Beach, Florida. I have been a Special Agent of the United States Immigration and Customs Enforcement for approximately nineteen years. Prior to being a United States Immigration and Customs Enforcement Special Agent, I served as a Senior Officer with United States Customs and Border Protection (CBP) for approximately three years. In total, I have about twenty-two years of federal law enforcement experience.

2.      As a Special Agent with the United States Immigration and Customs Enforcement, my duties and responsibilities include conducting criminal investigations of individuals and businesses who have violated federal laws, particularly those laws as found in Titles 8, 18, 19 and 21 of the United States Code. After being hired as a Customs Officer, I received training at the United States Customs Service Academy. As a Special Agent, I received further training at the United States Immigration and Customs Enforcement Academy. At both of these academies I was trained in the legal principles and statutes representing criminal, civil, and administrative violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 31, and 46. I have obtained experience from numerous investigations involving federal maritime law violations, narcotics

1

smuggling, immigration smuggling, and violations of other Customs and Immigration laws.

3. The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to issue material witness warrant for GEORGE EVERTON MCDONALD, I have not set forth each and every fact known to law enforcement concerning this investigation. Rather, this affidavit sets forth only those facts necessary to establish probable cause for the material witness warrants.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

4. On October 11, 2010, a Customs and Border Protection, Office of Air and Marine, Dash 8 aircraft reported a target of interest (TOI) approximately 32 nautical miles east of Delray Beach, Florida. Subsequently, CBP Marine Interceptor M791 and USCG Cutter Bluefin responded resulting in the interdiction of the marine vessel Le Superior, a 35' U.S. registered, FL0285JA, Bertram sportfish vessel, in position 26-26.1N, 079-35.9W with 33 subjects on board. The 33 subjects on board were later identified as Jesus Saavedra, who piloted the vessel, Judith Moody, aka Sandra Anderson, who coordinated the smuggling venture, and 31 migrants with no legal status in the United States. These migrants were nationals on various countries, including Haiti, Brazil, Sri Lanka, and Jamaica.

5. On October 12, 2010, a Regional Concurrence Team (RCT) call resulted in a decision to land all the non-Haitian subjects into the USCG Station Lake Worth for processing and interviews at the Miami seaport by CBP OFO Miami. Subsequently, the vessel was transferred to USCG Station Lake Worth where RAC West Palm Beach agents seized and processed it for evidence prior to release to the contractor.

6. On October 12, 2010, Special Agents from ICE responded to the Customs and Border Protection offices at the Port of Miami. Upon arrival, ICE Special Agents began to interview Moody, Saavedra, and the remaining twelve non-Haitian migrants. Indices checks regarding the migrants on board the vessel revealed that none of them had legal status in the United States. Several of the migrants gave statements indicating that that they had paid money to be smuggled into the United States and that the vessel they were on board was traveling to the United States. Seven of the migrants had been previously deported from the United States, including the person against whom this material witness warrant is being sought—GEORGE EVERTON MCDONALD.

11. Moody and Saavedra have both been indicted for alien smuggling, in violation of Title 8, United States Code Section 1324(a)(1)(A)(i), as well as for other offenses. Saavedra has pled guilty. Moody is currently awaiting trial.

7. GEORGE EVERTON MCDONALD has been indicted for illegal re-entry after deportation, in violation of Title 8, United States Code Section 1326(a). MCDONALD pled guilty to this charge on February 25, 2011. Pursuant to his plea agreement, MCDONALD has been debriefed by the government and has provided information which incriminates Judith Moody. The facts provided by MCDONALD are crucial to the government's case and have thus far only been provided by him.

MCDONALD saw Moody interacting with other members of the smuggling conspiracy in the BAHAMAS and on the vessel and observed Moody being treated as the boss. MCDONALD also had face to face conversations with Moody about the smuggling venture, both before and after their arrests. MCDONALD's sentencing is currently set for April 18, 2011. MCDONALD's presentence investigation report contains a guidelines range of 0-6 months, zone A. MCDONALD has been incarcerated on this offense since December 16, 2010. It is expected that he will receive a sentence of "time served" and be released from custody at his sentencing. The government had scheduled MCDONALD's deposition for April 14, 2011, but the deposition was cancelled because Moody's attorney is still in a trial which has lasted longer than expected. MCDONALD has no legal status in the United States and will be eligible for deportation immediately upon his release.

## CONCLUSION

12. Based on the foregoing, I respectfully submit that probable cause exists to believe that GEORGE EVERTON MCDONALD is a material witnesses in the case of United States v. Judith Moody at al., 80153-CR-Ryskamp/Hopkins. Due to his immigration status, GEORGE EVERTON MCDONALD, is currently subject to deportation from the United States and may be deported or paroled from immigration custody. As a deportable alien, it may become impracticable to secure MCDONALD's presence by subpoena and I therefore request that this Court issue a material witness warrant pursuant to Title 18, United States Code, Section 3144, to ensure the witnesses' appearance at a deposition to preserve their testimony and for trial.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Richard Calenda
United States Immigration and Customs Enforcement

Sworn and subscribed to before me this  /8  day of April, 2011.

LINNEA R. JOHNSON
United States Magistrate Judge
Southern District of Florida

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-8113-LRJ

UNITED STATES OF AMERICA

vs.

GEORGE EVERTON MCDONALD,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: /s/ Stephanie D. Evans
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida   33401
Tel (561) 820-8711
Fax (561) 802-1787